SEALED
BY ORDER OF THE COURT

AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
## for the
### District of Hawaii

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
Jun 25, 2025 1:35 PM
Lucy H. Carrillo, Clerk of Court

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. |
| Gregorio CORDOVA MURRIETA | ) | MJ25-00790 KJM |
| | ) | |
| | ) | FILED UNDER SEAL PURSUANT TO |
| Defendant(s) | ) | CRIMLR5.2(a)(1) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __June 15, 2025__ in the county of _____ in the _____ District of __Hawaii__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 8 U.S. Code § 1326 | Illegal Reentry |

This criminal complaint is based on these facts:

On or about June 15, 2025, in the District of Hawaii, the defendant, Gregorio CORDOVA MURRIETA, an alien, was found in the United States after having been removed therefrom on or about April 1 and 3, 2008, at or near Calexico West Port of Enrty, California, and not having obtained the express consent of the Secretary of Homeland Security to reapply for admission to the United States, in violation of Title 8, United States Code, Section 1326.

☑ Continued on the attached sheet.

_/s/ Tabitha Hanson_
Complainant's signature

Tabitha Hanson, Special Agent, HSI
Printed name and title

Sworn to under oath before me telephonically, and attestation acknowledged pursuant to Fed.R.Crim.P. 4.1(b)(2).

Date: 06/25/2025

_/s/_
Kenneth J. Mansfield
United States Magistrate Judge

City and state: Honolulu, HI

AGENT'S AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Tabitha Hanson, being duly telephonically sworn, deposes and states as follows:

1. I am a "law enforcement officer of the United States" within the meaning of Title 18, United States Code, Section 2510(7), who is empowered by law to conduct investigations, and make arrests.

2. I am a Special Agent with the Department of Homeland Security, Immigration and Customs Enforcement ("ICE"), Homeland Security Investigations ("HSI"). I am currently assigned to the HSI Special Agent in Charge ("SAC") Honolulu which is responsible for investigating a broad scope of violations of Federal law, which include, but are not limited to vulnerabilities in the nation's border, infrastructure, and economic and transportation systems. In the course of my duties, I have investigated cases against persons who have illegally entered the United States which are criminal violations set forth in the Immigration and Nationality Act.

3. The information contained in this affidavit was derived from (1) personal investigative knowledge; (2) information related to me by other law enforcement officers associated with this investigation; and (3) from witnesses with personal knowledge of the events they have told me; (4) and from information obtained from official records and Alien Registration File Number Axxxxxx127. This affidavit summarizes this information but does not attempt to provide each, and every, factual detail discovered during this investigation. The information set forth herein is to establish that probable cause exists to arrest Gregorio CORDOVA MURRIETA (hereinafter referred to CORDOVA MURRIETA) for a violation of Title 8, United States Code, Section 1326.

4. CORDOVA MURRIETA came to the attention of Immigration and Customs enforcement (ICE), Homeland Security Investigations (HSI), through information gathered by HSI Criminal Analysts relating to immigration and customs enforcements.

Removals

5. On or about May 2, 2004, CORDOVA MURRIETA, a Mexican Citizen, was encountered by Tucson Arizona, Border Patrol, near Three Points Arizona.

1

CORDOVA MURRIETA was found present without admission from Mexico. CORDOVA MURRIETA was found deportable/inadmissible and a Form I-213, Record of Deportable/Inadmissible Alien was filed. CORDOVA MURRIETA was offered a Voluntary Departure and was physically removed to Mexico.

6. On or about April 1, 2008, CORDOVA MURRIETA, a Mexican Citizen, was served a Notice and Order of Expedited Removal (Form I-860), by a Customs and Border Protection Agent at the Calexico West Port of Entry Pedestrian Primary Inspection. CORDOVA MURRIETA was served with the Form I-860 which ordered that CORDOVA MURRIETA be removed from the United States to Mexico. CORDOVA MURRIETA was notified that the removal includes being prohibited from entering, attempting to enter, or being in the United States for a period of 5 years from the date of his departure from the United States, as a consequence of having been found inadmissible as an arriving alien in proceedings under section 235(b)(1) or 240 of the Immigration and Nationality Act (hereinafter referred to as Act). CORDOVA MURRIETA was found inadmissible to the United States pursuant to Sections 212(a)(6)(c)(i) of the INA, Fraud and Willful Misrepresentation and 212(a)(7)(A)(i)(I), Intended Immigrant of the INA as amended, due to presenting a counterfeit I-94 with an ADIT Stamp/Temporary Resident Alien Card.

7. On the same day, CORDOVA MURRIETA was physically removed to Mexico as verified by an Immigration Enforcement Agent. Proof of service of the Notice to Alien Ordered Removed/Departure Verification (Form I-296), is a right index fingerprint by CORDOVA MURRIETA. A photograph of CORDOVA MURRIETA was also affixed to the Form I-296. During this process CORDOVA MURRIETA was issued a fingerprint identification number (FIN) of 15199104.

8. On or about April 3, 2008, CORDOVA MURRIETA a Mexican Citizen, was encountered a second time and served a second Form I-860 at the Calexico West Port of Entry Pedestrian Primary Inspection. CORDOVA MURRIETA was served with an Expedited Order of Removal which ordered that CORDOVA MURRIETA be removed from the United States to Mexico. CORDOVA MURRIETA was notified that the removal includes being prohibited from entering, attempting to enter, or being in the United States for a period of 20 years from the date of departure from the United States, as a consequence of having been found inadmissible and of having been previously, excluded, deported, or removed from the United States. CORDOVA MURRIETA was found inadmissible to the

United States pursuant to Sections 212(a)(6)(c)(i), Fraud and Willful Misrepresentation, and 212(a)(7)(A)(i)(I), Intended Immigrant of the INA as amended, due to presenting a counterfeit Temporary I-551 card (temporary Lawful Permanent Resident document).

9. On the same day, CORDOVA MURRIETA was physically removed to Mexico as verified by an Immigration Enforcement Agent. Proof of service of Form I-296, is a right index fingerprint by CORDOVA MURRIETA. A photograph of CORDOVA MURRIETA was also affixed to the Form I-296.

### Alien Registration File

10. On June 15, 2025, a review of a series of documents from CORDOVA MURRIETA'S Alien Registration File ("A File") under Alien Registration File Number Axxxxxx127 was conducted. Within the A-file of CORDOVA MURRIETA, there is an executed I-296. These documents establish CORDOVA MURRIETA was deported from the United States to Mexico on April 1, 2008, at Calexico West Port of Entry (POE), California.

11. On June 15, 2025, a review of a series of documents from CORDOVA MURRIETA'S Alien Registration File ("A File") under Alien Registration File Number Axxxxxx127 was conducted. Within the A-file of CORDOVA MURRIETA, there is an executed I-296 document. These documents establish CORDOVA MURRIETA was deported from the United States to Mexico on April 3, 2008, at Calexico West POE, California.

### Surveillance in June 2025

12. Information from a money remittance company reveals that on eleven occasions, beginning on October 5, 2021, and as recent as May 5, 2025, a person by the name of "Gregorio Cordova Murrieta," presented a Mexican passport as identification, and utilized the address, "XX-XXX Kaulainahee Pl., Aiea HI," (hereinafter SUBJECT PREMISES) to send individual remittances to individuals located in Mexico.

13. On June 15, 2025, HSI Special Agents conducting surveillance at the SUBJECT PREMISES observed a middle-aged male, tan skin, approximately 5-

feet 4-inches to 5-feet 6-inches tall, matching CORDOVA MURRIETA's description, standing outside on the front lawn of the SUBJECT PREMISES.

14. On or about June 15, 2025, anonymous sources who knows the occupants of the SUBJECT PREMISES confirmed that the photo of CORDOVA MURRIETA taken on April 3, 2008, was the same person that lives at the SUBJECT PREMISES. When shown a photo of the person living at the SUBJECT PREMISES resembling CORDOVA MURRIETA that was taken on June 15, 2025, the source confirmed that the resident is "Gregorio."

## Conclusion

15. Based on the facts described above, and on my training and experience, I submit that there is probable cause to arrest the defendant, Gregorio CORDOVA MURRIETA, for violating Title 8, United States Code, Section 1326.

FURTHER AFFIANT SAYETH NAUGHT.

Tabitha Hanson
Special Agent
Homeland Security Investigations

Sworn to under oath before me telephonically, and attestation acknowledged pursuant to FRCP 4(d) and 4.1(b)(2)(A) this 25th day of June 2025.

Kenneth J. Mansfield
United States Magistrate Judge

4